1:23-cv-1908

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>UNITED STATES DISTRICT COURT<br>SYLVIA H. RAMBO UNITED STATES COURTHOUSE<br>1501 NORTH 6th Street, Suite 101<br>Harrisburg, PA 17102 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br>Matthew Lynn Hughes, Jr  214206<br>3400 Concord Road<br>York, PA 17402 | |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | | SINGLE | March 3, 2018 | 2:30 PM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On March 3rd, 2018 Around 2:30 pm York City Police RESPONDED to the AREA of E. CLARK AVE & N. DUKE STREET FOR A REPORT OF SHOTS FIRED W/A POSSIBLE GUN SHOT VICTIM. At this time the victim was already with the Sherrif Deputies and stated that a white male in light color clothing shot him. Matthew Hughes was ultimately arrest for this crime without probable cause and spent 43 months incarcerated. See. Attachment. CASE WAS TERMINATED on 12/14/21 (Pg 1 & 2)

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE: Attachment (pg 3)

FILED
HARRISBURG, PA
NOV 16 2023
PER _____ DEPUTY CLERK

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse) AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | 3.5 million<br>$500,000 (SETTLEMENT) | N/A | 3,500,00 0.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| | | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

09/13/21-MID02

Attachment

Basis of claim...for Matthew Lynn Hughes. Jr

On March 3rd, 2018 around 2:30 P.M. YORK CITY POLICE responded to the area of East Clark Ave and Duke street for a report of shots fired with a possible gun shot victim. When police arrived on the scene already had the victim who had stated that they were shot by a white male in light colored clothing.

Numerous officers arrived on scene.

PO Clymer arrived on scene and canvassed it for video surveillance.

PO F. Clark was on scene when he was approached by attorney Jennifer Smith who immediately asked him if Matthew Hughes was the shooter. He replied that he couldn't disclose any information. She continued to tell him that Matt Hughes has been threating the family since the trial started.

Shanice Carter the victim cousin was questioned and she stated that her and the victim were in town to support their cousin Vernon Cox who was on trial for murder. Det. Ripley requested officers on the scene to bring Shanice Carter back to police headquarters. During that interview Det. Ripley asked Shanice Carter if she or the family received any direct threats or if she felt any vibe from the other family in the court room , she replied "she did not" she stated her cousin the victim was walking to feed the parking meter when he was shot . Before the interview was over Det. Ripley stated that he knew who one of the shooters were and they were looking for video footage at the present moment. The interview ended 3:37 p.m.

At 5:14 p.m. PO Clymer sent out an email of the "shooting suspects" to all York City police officers in an attempt to I.D. them

Det. Ripley stated on an Affidavit of Probable cause to charge Matthew Hughes that he  " viewed the still images sent out by PO Clymer and he positively ID Hughes as suspect on the left in a Adidas sweater.

Charges were filed against Hughes for Aggravated Assault and Firearm on 3/07/18

A preliminary hearing was held on 7/26/18 in front of Linda Williams . Det. Ripley was the only witness for the commonwealth. When asked about his foundation to be able to make a positive I.D. of Mr. Hughes he stated "he has arrested Mr. Hughes before in 2015-2016 for a simple assault. When asked if any other officers made a positive I.D of Mr. Hughes Ripley replied "yes" but couldn't say who exactly just " a half dozen".

When defense counsel attacked the lay opined identification. Linda Williams stated  , that if the Detective wasn't familiar with Mr. Hughes , "the courts were . And Bound all charges over.

Om 5/8/20 Hughes filed a motion to suppress ID due to a 14th amendment violation and a request for evidentiary hearing . A hearing was held on 5/21/20 and a date was set or 8/18/20.

At suppression hearing Det. Ripley was once again asked to solidify his foundation to be able to I.D Mr. Hughes . He stated he seen him in passing . When asked if he ever arrested him he said " he did not" a statement contrary to his statement at preliminary hearing.

1

Numerous other officers would make other baseless I.D Det. Christopher Perry, Det. Dehart, Det. Tiffany Pitts.

Det. Christopher Perry stated that he viewed still images of suspects thought it could be me wasn't sure so he did further research and then proved his beliefs that the suspect in the Adidas sweater was Mr. Hughes.

Det. Dehart testified that he didn't remember when he seen still images or who was around, But knew it was Mr. Hughes due to an encounter he had with Mr. Hughes 6 years prior.

Det. Pitts also testified that she could I.D Mr. Hughes due to prior contact. An incident when she arrested Mr. Hughes and took him to the hospital.

After a failed suppression and a successful appeal only Tiffany Pitts was allowed to testify.

Mr. Hughes would ultimately go to trial federally on 12/14/21 and be found not guilty on the charge of possession of a weapon be mindful that no weapon was ever recovered.

Attachment 2#

**Personal Injury**

**Loss of Legal fees**: $4,500 aggravated assault case

        $1,500 Preliminary

        $3,000 for trial

        $25,000 lawyer fee Jack McMahon

        $15,000 On commissary

**Wrongful confinement**: 43 months of unlawful imprisonment from 05/02/18 – 12/ 17/21 starting at the age of 19.

**Defamation of Character**: From start of the ordeal to the end of the ordeal I was incriminated and defamed on the news media. Hughes and his deceased brother. Calling them drug dealers and thugs.

**Intentional Infliction of Emotional Distress**: During the 43 months of incarceration Mr. Hughes was forced to serve 21 months on ICU solitary confinement without justification. This cause me to suffer mental disabilities that he suffer from still to this day. Such as PTSD, Anti- social disorder, Aggression, and the Inability to concentrate.

**Loss of Family Ties: To be elaborated later.**

Clerk of Courts                                         11/4/23

    This present FTCA notice is filed by Donte Parrish on behalf of Matthew Lynn Hughes, Jr 214206. I've been requested to help Mr Hughes in filing this current motion (notice). That's why the envelope was marked in my name.

Matthew Hughes 214206
3400 Concord Road
York, PA 17403

Donte Parrish 66348
3400 Concord Road
York, PA 17403

"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

FROM: Donte Parrish

INMATE ID#: 66348

York County Prison
3400 Concord Rd.
York, PA 17402

RECEIVED
HARRISBURG, PA
NOV 16 2023
PER ___JBC___
DEPUTY CLERK

LEGAL MAIL
HARRISBURG PA   171
8 NOV 2023   PM 4   L



TO: United States District Courthouse
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, suite 101
Harrisburg, PA 17102

17102-110401