## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LYNN HUGHES, JR.,** | : | **CIVIL ACTION NO. 1:23-CV-1908** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **YORK CITY POLICE DEPARTMENT,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 17th day of January, 2024, upon consideration of the report (Doc. 7) of Magistrate Judge Daryl F. Bloom, wherein Judge Bloom recommends that the court dismiss *pro se* plaintiff Matthew Hughes's complaint (Doc. 1) with prejudice because his claims for false arrest and false imprisonment are manifestly time-barred and fail as a matter of law regardless in light of the fact that he was indicted by a grand jury, which "establishes probable cause by definition," (see Doc. 7 at 5-7 (quoting Trabal v. Wells Fargo Armored Service Corp., 269 F.3d 243, 251 (3d Cir. 2001)), and the court noting that no objections have been filed to date, see Fed. R. Civ. P. 72(b)(2), and further noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that

there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court agreeing with Judge Bloom's analysis and recommendation, and concluding there is no clear error on the face of the record, it is hereby ORDERED that:

1.    Magistrate Judge Bloom's report (Doc. 7) is ADOPTED.

2.    Hughes's complaint (Doc. 1) is DISMISSED with prejudice.

3.    Hughes's certified motion (Doc. 5) for leave to proceed *in forma pauperis* is DISMISSED as moot.

4.    The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania